# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1859
_____

United States of America

*Plaintiff - Appellee*

v.

Timothy Jermaine Gunn, also known as Doh-Doh

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: November 3, 2020
Filed: November 6, 2020
[Unpublished]
_____

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Timothy Gunn appeals the district court's[1] order denying his motions for relief under the First Step Act of 2018 (FSA). *See* Pub. L. No. 115-391, 132 Stat. 5194.

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

The district court determined Gunn was eligible for relief under the FSA, but declined to reduce his sentence.

In exercising its discretion to deny relief, the district court considered the factors on which it based Gunn's original sentence and concluded they outweighed Gunn's arguments in favor of a sentence reduction. We find no abuse of discretion in the district court's denial of relief. *See United States v. McDonald*, 944 F.3d 769, 771 (8th Cir. 2019) (standard of review). Accordingly, we affirm the judgment of the district court, and grant counsel's motion for leave to withdraw.

_____